**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RUBIK'S BRAND LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Civil Action No.: 1:20-cv-733 |

### S<small>CHEDULE</small> A – S<small>EALED</small> D<small>OCUMENT</small> P<small>URSUANT TO</small> LR26.2

Pursuant to Plaintiff's Motion for Leave to File Documents under Seal, a full version of Schedule "A" will be electronically filed under seal and will remain under seal until further order of this Court.

| | |
|---|---|
| Dated: January 31, 2020 | Respectfully submitted, <br><br> */s/ Ann Marie Sullivan* <br> Ann Marie Sullivan <br> Alison Carter <br> Raymond Lang <br> AM Sullivan Law, LLC <br> 1440 W. Taylor St., Suite 515 <br> Chicago, Illinois 60607 <br> Telephone: 224-258-9378 <br> E-mail: ams@amsullivanlaw.com <br><br> ***ATTORNEYS FOR PLAINTIFF*** |