# Exhibit 2

RUBIK'S BRAND, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                                                           **COPYRIGHT REGISTRATION**



**U.S. Copyright Office**
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707–3000

## *Rubik's Cube puzzle*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0000061281 / 1980-10-21
**Application Title:** Illustrated instructions for puzzle cube.
**Title:** Rubik's Cube puzzle.
**Description:** Folder.
**Copyright Claimant:** Ideal Toy Corporation[1]
**Date of Creation:** 1980
**Date of Publication:** 1980-03-03

**Names:** Ideal Toy Corporation

---

[1] Rubik's Brand Ltd.'s former U.S. distributor, Ideal Toy Corporation, registered the copyright of "Rubik's Cube Puzzle" in 1980 on behalf of Rubik's Brand, Ltd.

RUBIK'S BRAND, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**            **COPYRIGHT REGISTRATION**



**U.S. Copyright Office**
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707–3000

# *Rubik's Race.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001734187 / 2010-08-17 |
| **Application Title:** | Rubik's Race. |
| **Title:** | Rubik's Race. |
| **Description:** | Board game. |
| **Copyright Claimant:** | American Plastic Equipment, Inc, Transfer: By written agreement. Address: PO Box 69, Sebring, OH 44672, United States. |
| **Date of Creation:** | 1982 |
| **Date of Publication:** | 1982-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Ideal Toy Corporation[2], employer for hire; Domicile: United States; Citizenship: United States. Authorship: Text, photographs, diagrams, and instructions. |
| **Rights and Permissions:** | David E. Herron II, (913) 495-9465, (913) 495-9465, herronlaw@kc.rr.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Ideal Toy Corporation |
| | American Plastic Equipment, Inc |

---

[2] Rubik's Brand Ltd.'s former U.S. distributor, Ideal Toy Corporation, registered the copyright of "Rubik's Race" in 1982 on behalf of Rubik's Brand, Ltd.

RUBIK'S BRAND, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**         **COPYRIGHT REGISTRATION**



**U.S. Copyright Office**
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707–3000

## *Rubik's Magic brand puzzle graphics. By Matchbox International, Ltd.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0000240828 / 1986-11-12
    Supplement to: VA0000237786 / 1986
**Title:** Rubik's Magic brand puzzle graphics. By Matchbox International, Ltd.
**Copyright Claimant:** Rubik Studio
**Date of Publication:** 2Jul86 (on original appl.: 2Sep86)
**Authorship on Application:** Source, Inc. (on original appl.: graphic art: Matchbox International, Ltd., employer for hire)
**Supplement to Registration:** VA 237-786, 1986
**Variant title:** Rubik's Magic brand puzzle graphics.
**Names:** Rubik Studio
Source, Inc.
Matchbox International, Ltd.

RUBIK'S BRAND, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                                                                                                               **COPYRIGHT REGISTRATION**



**U.S. Copyright Office**
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707–3000

## *Rubik's Magic puzzle packaging. By Matchbox International, Ltd.*

**Type of Work:** Visual Material
**Registration Number / Date:** TX0001929431 / 1986-11-12
Supplement to: TX0001904016 / 1986
**Title:** Rubik's Magic puzzle packaging. By Matchbox International, Ltd.
**Copyright Claimant:** Rubik Studio
**Date of Publication:** 2Jul86 (on original appl.: 29Sep86)
**Authorship on Application:** Source, Inc. (on original appl.: text and designs: Matchbox International, Ltd., employer for hire)
**Supplement to Registration:** TX 1-904-016, 1986
**Variant title:** Rubik's Magic puzzle packaging.
**Names:** Rubik Studio
Source, Inc.
Matchbox International, Ltd.

RUBIK'S BRAND, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**             **COPYRIGHT REGISTRATION**



**U.S. Copyright Office**
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707–3000

## *Rubik's Magic graphic elements / E. Rubik.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0000237786 / 1986-09-29
    Supplemented by: VA0000240828 / 1986-11-12
**Title:** Rubik's Magic graphic elements / E. Rubik.
**Description:** device + print.
**Copyright Claimant:** Rubik Studio
**Date of Creation:** 1986
**Date of Publication:** 1986-09-02
**Authorship on Application:** graphic art: Matchbox International, Ltd., employer for hire.
**Copyright Note:** See also Rubik's Magic brand puzzle graphics; Reg. 12Nov86; VA 240-828
**Names:** [Rubik, E.](#)
    [Rubik Studio](#)
    [Matchbox International, Ltd.](#)

RUBIK'S BRAND, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                      **COPYRIGHT REGISTRATION**



**U.S. Copyright Office**
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707–3000

## *Rubik's Magic jigsaw puzzle : [no.] 4773.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0000262280 / 1987-05-11
**Application Title:** Rubik's Magic jigsaw puzzle, 300 pieces, 2-sided.
**Title:** Rubik's Magic jigsaw puzzle : [no.] 4773.
**Description:** commercial print : wrapper for jigsaw puzzle.
**Copyright Claimant:** Seven Towns, Ltd.
**Date of Creation:** 1986
**Date of Publication:** 1986-12-08
**Authorship on Application:** Milton Bradley Company, employer for hire.
**Other Title:** Magic jigsaw puzzle
Rubik's Magic jigsaw puzzle, 300 pieces, 2-sided
**Names:** Seven Towns, Ltd.
Milton Bradley Company
Rubik

RUBIK'S BRAND, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**            **COPYRIGHT REGISTRATION**



**U.S. Copyright Office**
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707–3000

## *Rubik's Magic master edition graphics / E. Rubik.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0000252777 / 1987-03-27
**Title:** Rubik's Magic master edition graphics / E. Rubik.
**Description:** sculpture : graphic puzzle.
**Copyright Claimant:** Rubik Studio
**Date of Creation:** 1986
**Date of Publication:** approx. 1Aug86
**Authorship on Application:** graphic art: Source, Inc., employer for hire.
**Previous Registration:** Appl. identifies graphic art as preexisting material.
**Basis of Claim:** New Matter: additional graphic art.
**Names:** [Rubik, E.](#)
               [Rubik Studio](#)
               [Source, Inc.](#)

RUBIK'S BRAND, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**                     **COPYRIGHT REGISTRATION**



### U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707–3000

# *Rubik's Magic puzzle, Unlink the Rings : ages 8 & up.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | TX0002011901 / 1987-03-27 |
| **Application Title:** | Rubik's Magic master edition puzzle packaging. |
| **Title:** | Rubik's Magic puzzle, Unlink the Rings : ages 8 & up. |
| **Edition:** | Master ed. |
| **Description:** | commercial print : folding carton. |
| **Copyright Claimant:** | Rubik Studio |
| **Date of Creation:** | 1987 |
| **Date of Publication:** | approx. 1Feb87 |
| **Authorship on Application:** | text & design: Source, Inc., employer for hire. |
| **Other Title:** | Unlink the Rings |
| | Rubik's Magic master edition puzzle packaging. |
| **Names:** | Rubik Studio |
| | Source, Inc. |

RUBIK'S BRAND, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 2**  **COPYRIGHT REGISTRATION**



**U.S. Copyright Office**
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707–3000

# *Rubik's Magic puzzle, Link the Rings : ages 8 & up.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | TX0001904016 / 1986-09-29 |
| | Supplemented by: TX0001929431 / 1986-11-12 |
| **Application Title:** | Rubik's Magic brand puzzle packaging. |
| **Title:** | Rubik's Magic puzzle, Link the Rings : ages 8 & up. |
| **Description:** | folding carton. |
| **Copyright Claimant:** | Rubik Studio |
| **Date of Creation:** | 1986 |
| **Date of Publication:** | 1986-09-29 |
| **Authorship on Application:** | text and designs: Matchbox International, Ltd., employer for hire. |
| **Copyright Note:** | See also Rubik's Magic brand puzzle packaging; Reg. 12Nov86; TX 1-929-431 |
| **Other Title:** | Link the Rings |
| | Rubik's Magic brand puzzle packaging. |
| **Names:** | Rubik Studio |
| | Matchbox International, Ltd. |